**No. 59744.**—G. L. Ramsey a/c Juvenile Mfg. Co., Inc. *v.* United States, protest 179463–K (Laredo).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of embroidered cotton wearing apparel similar in all material respects to that the subject of *United States* v. *G. L. Ramsey a/c Juvenile Mfg. Co.* (42 C. C. P. A. 106, C. A. D. 580), the claim of the plaintiff was sustained.